## UNITED STATES of America, Plaintiff–Appellee,

### v.

### Amber BATTLE, Defendant–Appellant.

#### No. 08–15745
#### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 11, 2009.

Amber Battle, Tallahassee, FL, pro se.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Charles M. Harris, appointed counsel for Amber Battle, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-

sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Battle's conviction and sentence are **AF-FIRMED.**